# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3744
Lower Tribunal No. 2018-CF-002147

_____

LUIS CRUZ-HERNANDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal Pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Osceola County.
Keith A. Carsten, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and GANNAM, JJ., concur.

Luis Cruz-Hernandez, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED